

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2014

No. 04-14-00636-CV

**IN RE** Rosa **VIDA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Relator's Motion for Emergency Temporary Stay of Proceedings in the Trial Court and Stay of Discovery is GRANTED. All further proceedings in trial court cause number 2012-CVT-000773-D3 and any discovery directed to relator are temporarily STAYED pending final resolution of the petition for writ of mandamus filed in this court.

It is so **ORDERED** on October 28th, 2014.           PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CVT-000773-D3, styled *Luis and Janeth Moreno, et al. v. Mary Help of Christians School, Institute of the Daughters of Mary Help of Christians Salesian Sisters of St. John Bosco, and Rosa Vida*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo, presiding.